**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NOURA ZOUBAIR,

Plaintiff,

v.

UNITED ARAB EMIRATES CROWN PRINCE COURT MEDICAL AFFAIRS OFFICE, *et al.*,

Defendants.

Civil Action No. 99-2263 (JR)

FILED
DEC 23 1999
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

After hearing oral arguments on defendants' motion to dismiss [#2], and upon consideration of the entire record, it is this 21st day of December, 1999,

**ORDERED** that the complaint is **dismissed** without prejudice for insufficient service of process under Fed. R. Civ. P. 12(b)(5). And it is

**FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 4(m), plaintiff has an additional 120 days from the date of this order to effect proper service of process. And it is

**FURTHER ORDERED** that a transcript of today's oral argument be certified to the Secretary of State in Washington D.C. to the attention of the Director of Special Consular Services to support any application plaintiff may make pursuant to 18 U.S.C. § 1608(a)(4).

JAMES ROBERTSON
United States District Judge

7

Copies to:

David A. Branch
Law Offices of David A. Branch, PC
2200 Massachusetts Ave., N.W.
Washington, DC 20036

Counsel for Plaintiff

John T. Szymkowicz
Szymkowicz & Associates, P.C.
1899 L Street, N.W., Suite 250
Washington, DC 20036

Counsel for Defendants