UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NOURA ZOUBAIR, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 99-2263 (JR) |
| UNITED ARAB EMIRATES CROWN PRINCE COURT MEDICAL AFFAIRS OFFICE, et al., | : | |
| Defendants. | : | |

**FILED**
JUL - 3 2003
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Defendant's motion for partial summary judgment [41] is **granted**. The Clerk is directed to set this matter for a 2-day bench trial during the month of August 2003.

SO **ORDERED** this 2nd day of July 2003.

_____
JAMES ROBERTSON
United States District Judge

44

Copies to:

David A. Branch
Law Offices of David A.
Branch, PC
2200 Massachusetts Ave., N.W.
Second Floor
Washington, DC  20036

<u>Counsel for Plaintiff</u>

John T. Szymkowicz
Szymkowicz & Associates
1899 L Street, N.W.
Suite 250
Washington, DC  20036

Haig V. Kalbian
Mary M. Baker
Kalbian Hagerty L.L.P.
2001 L Street, N.W.
Suite 600
Washington, DC 20036

<u>Counsel for Defendants</u>