**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Noura Zoubair,<br><br>Plaintiff,<br><br>v.<br><br>United Arab Emirates, Crown Prince Court, Medical Attaché's Office, et al.,<br><br>Defendants. | Civil Action No.: 99-2263 (JR) |

FILED

AUG 21 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of Defendant's Motion for Leave to File Answer Nunc Pro Tunc to March 11, 2003 ("Motion") and any opposition thereto, and it otherwise appearing to the Court that good cause exists for granting the relief requested in the Motion, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendant's answer {attached as Exhibit A to the Motion} is deemed filed nunc pro tunc on March 11, 2003.

This 21st day of August 2003.

[signature]

Judge, United States District Court
for the District of Columbia

(N)

49

With copies to:

Haig V. Kalbian, Esq.
Mary M. Baker, Esq.
KALBIAN HAGERTY LLP
2001 L Street, NW, Suite 600
Washington, D.C. 20036
T: (202) 223-5600
F: (202) 223-6625

*Counsel for Defendants UAE and the Embassy of the UAE*

David A. Branch, Esq.
LAW OFFICES OF DAVID A. BRANCH, PC
2000 Massachusetts Avenue, N.W.
Washington, D.C. 20036
T: (202) 785-2805
F: (202) 785-1807

*Counsel for Plaintiff Noura Zoubair*